UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DOMONIQUE DEMETRIS FARR,

    Plaintiff,

v.

MICHAEL J. RIORDAN,

    Defendants,
_____/

Case No. 1:25-cv-11706

Honorable Thomas L. Ludington
United States District Judge

**JUDGMENT**

In accordance with the Opinion & Order issued today:

It is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED.**

**This is a final order and closes the above-captioned case.**

Dated: June 30, 2025

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge